UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER VARGAS,

                Plaintiff,

-v-

ST. LUKES ROOSEVELT HOSPITAL CENTER *et al.*,

                Defendants.

16-CV-5733 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The amended order of reference to Magistrate Judge Gorenstein at Docket Number 71 is hereby withdrawn.

    SO ORDERED.

Dated: April 27, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge