# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
CHRISTOPHER VARGAS,

                Plaintiff,                              16 **CIVIL** 5733 (JPO)

        -against-                                 **JUDGMENT**

THE ST. LUKE'S-ROOSEVELT HOSPITAL
CENTER, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Defendants' motion for summary judgment is granted with respect to Vargas's ADA and title VII claims, and those claims are hereby dismissed with prejudice; the remaining claims under the NYSHRL and NYCHRL are dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          June 3, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                   **BY:**
                                                           **Deputy Clerk**